UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE KING, an individual,<br><br>                Plaintiff,<br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITED HEALTH GROUP INCORPORATED, a Delaware corporation,<br><br>                Defendants. | Case No. 2:25-cv-01571-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

      Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Stephanie King and Defendants United Healthcare Services, Inc. and United Health Group Incorporated, by and through their respective undersigned counsel, hereby stipulate and agree to extend the time for Defendants to file their response to the complaint (ECF No. 1) to **October 10, 2025**. This is the first request to extend the deadline to file a response to the complaint.

      1.     Good cause warrants the stipulated extension. The Complaint was filed on August 21, 2025, (ECF No. 1), with service of the summons and complaint on both Defendants completed on September 5, 2025. This would give Defendants until September 26, 2025, to respond to the

1  complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). However, Defendants need additional time to evaluate
2  the allegations in the complaint for a response.

3      2.    An extension of the deadline to October 10, 2025, should be sufficient for
4  Defendants to prepare, file, and serve a response to the complaint.

5      3.    In stipulating to the extension, the parties are not waiving, relinquishing, or
6  otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v.*
7  *Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10
8  (D. Nev. Nov. 26, 2013).

9      4.    This stipulation is not submitted for the purpose of delay.

| GREENBERG GROSS LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Marian L. Massy* | /s/ I-Che Lai |
| Jemma E. Dunn, #16229 | Deverie J. Christensen, #6596 |
| Matthew T. Hale, #16880 | I-Che Lai, #12247 |
| Marian L. Massey, #14579 | 300 South Fourth Street, Suite 900 |
| 1980 Festival Plaza Drive, Suite 730 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89135 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | *United Healthcare Services, Inc.* |
| *Stephanie King* | *United Health Group Incorporated* |

**IT IS SO ORDERED.**

Dated: September 26, 2025

_____
Nancy J. Koppe
United States Magistrate Judge