DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
I-CHE LAI, ESQ.
Nevada State Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorneys for Defendants*
*United Healthcare Services, Inc.*
*United Health Group Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE KING, an individual, | Case No. 2:25-cv-01571-GMN-NJK |
| Plaintiff, | |
| vs. | |
| UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITED HEALTH GROUP INCORPORATED, a Delaware corporation, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff Stephanie King and Defendants United Healthcare Services, Inc. and United Health Group Incorporated, by and through their respective counsel of record, stipulate to the dismissal of this case with prejudice, with each party to bear their own attorneys' fees and costs. This includes attorney's fees and costs incurred or will be incurred in connection with this case.

. . .

. . .

. . .

. . .

1

GREENBERG GROSS LLP

JACKSON LEWIS P.C.

/s/Marian L. Massey
Jemma E. Dunn, #16229
Matthew T. Hale, #16880
Marian L. Massey, #14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

/s/I-Che Lai
Deverie J. Christensen, #6596
I-Che Lai, #12247
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Stephanie King*

*Attorneys for Defendants*
*United Healthcare Services, Inc. and*
*United Health Group Incorporated*

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice, with each party to bear their own attorneys' fees and costs. This includes attorney's fees and costs incurred or will be incurred in connection with this case.

The Clerk of Court is kindly directed to close this case.

**DATED** this __19__ day of May, 2026.

Gloria M. Navarro, District Judge
United States District Court

2